## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:14CR67 -RLV-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF POSSIBLE** |
| | ) | **UPWARD DEPARTURE** |
| | ) | |
| DASHAWN RAQUAN HUNT (1), | ) | |
| DAVON SANTARIO McKNIGHT (2) | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** pursuant to Rule 32 of the Federal Rules of

Criminal Procedure. Rule 32(h) requires that,

> [b]efore the court may depart from the applicable sentencing range on a ground not
> identified for departure either in the presentence report or in a party's prehearing
> submission, the court must give the parties reasonable notice that it is contemplating
> such a departure. The notice must specify any ground on which the court is
> contemplating a departure.

*See* Fed. R. Crim. Pro. 32(h). The Court **HEREBY NOTIFIES** the parties that it is contemplating

an upward departure in this matter based on "the nature and circumstances of the crimes committed

by the defendants." *See* United States Sentencing Commission, Guidelines Manual, §4A1.3(a)(4)

(Nov. 2015).

Signed: March 31, 2016

Richard L. Voorhees
United States District Judge