# UNITED STATES DISTRICT COURT

for the

_____Western_____ District of ___North Carolina___

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 5:14-cr-67-KDB-DCK-1 |
| Dashawn Raquan Hunt | ) |
| | ) USM No: 29728-058 |
| Date of Original Judgment: 04/11/2016 | ) |
| Date of Previous Amended Judgment: | ) |
| _(Use Date of Last Amended Judgment if Any)_ | _Defendant's Attorney_ |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment _(as reflected in the last judgment issued)_ of _____108_____ months **is reduced to** ___97 months on Counts 2, 4, & 7___ .

_(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)_

Except as otherwise provided, all provisions of the judgment dated ___04/11/2016___ shall remain in effect.
**IT IS SO ORDERED**.

Signed: February 12, 2024

_Kenneth D. Bell_
Kenneth D. Bell
United States District Judge

Effective Date: _____               Kenneth D. Bell
_(if different from order date)_                    _Printed name and title_

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT:  Dashawn Raquan Hunt

CASE NUMBER:  5:14-cr-67-KDB-DCK-1

DISTRICT:  Western District of North Carolina

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 30                      Amended Total Offense Level:  30

Criminal History Category:      II                        Criminal History Category:       I

Previous Guideline Range:      108   to  135   months     Amended Guideline Range:      97   to  121   months

## II.   SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

## III.   FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

Defendant had "status points" under U.S.S.G. §4A1.1 in Amendment 821. Defendant had 1 criminal history point before the addition of the 2 status points. (Doc. No. 68, ¶¶ 58-59). With the removal of 2 status points (because he had 6 criminal history points or less), criminal history point of 1 equals a criminal history category of I. With an Offense Level of 30 and a criminal history category I, the amended guideline range would be 97 to 121 months.